1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DURRELL A. PUCKETT,

            Petitioner,

     v.

JEFF MACOMBER, Warden,

            Respondent.

_____/

No. C 14-2520 NC (PR)

**ORDER OF TRANSFER**

     This federal habeas action, in which petitioner challenges convictions he suffered in the Los Angeles County Superior Court, is TRANSFERRED to the Central District of California, as that is the district of conviction.  See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).  The Clerk is directed to transfer this matter forthwith.

     IT IS SO ORDERED.

DATED:  _June 5, 2014_____

                       _____
                       NATHANAEL M. COUSINS
                       United States Magistrate Judge