**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DURRELL A. PUCKETT,<br><br>        Petitioner,<br><br>    vs.<br><br>JEFF MACOMBER, Warden,<br><br>        Respondent. | Case No. CV 14-4440-JLS (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Summarily Dismissing "Motion Pursuant to Section 2255" for Lack of Subject Matter Jurisdiction,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:   July 28, 2014

                                        JOSEPHINE L. STATON
                                        U.S. DISTRICT JUDGE